# Exhibit 1

# VERY

$6  £3.5  13DM  35FF



0 74470 93663 3   05>

# über, inc.

GRAPHIC DESIGN • ADVERTISING • PROMOTIONS
212.643.1135

Photo: Mark Seelen

## VERY 5

Uscha Pohl
Yvette Brackman
Nicolas Bertrand
Anton Kern
Susan Shaw
Angela Hill
Calvin Reid
VERY
Nigel Bennett
Hugo Tillman
Eva Müller
Rebecca Shulman
R Richardson/ M Keaton
Tom Moody
Uscha Pohl

Simon Henwood
Subjects of Desire
Philippe Découflé
Chris Johanson
Femme Fatale/Jemima Stehli
The Exchange Student
Camp O.J./Warren Neidich
SHOP AT UP @ SUPASTORE
Vietnam
Havana, Cuba
Over-Exposed
Tango Mujer
The Mango Room
Michael Phelan
The Long Goodbye/Judith Eisler

Going into the last year of our millennium even I can't help feeling some apprehension. Maybe, it's what I am seeing around me that makes me wonder if everything, or just sanity, has gone haywire. Susan Shaw calls it Pre-Millennial Tension. If '98 suffered the pain, what will it be in '99 ???

So let's deal with the dilemma now, before it gets boring already. Luckily, crisis creates creativity — here's where we can take a deep breath. If the '90s have been a rather unashamed though much less bashful and fun replay of the '80s, their end may be hailed and a new definition of the self be called for. If "crossover" soon is old news, when we are tired of explaining and marvelling at the fact that it IS actually perfectly feasible to work in different worlds, geographically as well as creatively, well, what then? Then we can finally exploit the new avenues of this great chance for the individual versus the corporate (global glumification). It has been happening in a location close to you — and watch out, the VERY forces are getting stronger!



Uscha Pohl,
24 December 1998,
in line at Penn Station

This page: Photographed by Uscha Pohl
Cover: Photographed by Angela Hill Hair James Worrall 0171 379 0979

Werner Amann — Polly Banks — Asha Bandele — Matthew Barney — Nigel Bennett — Tish Benson — Alex Bensimon — Q. Bertoux — Bless — Yvette Brackman — Nicolas Bertrand — Mark Borthwick — Jo Borthwick — Philip Berkowitsch — Roberto Cabot — Lygia Clark — Mark Dagley — Philippe Découflé — Jiri Georg Dokoupil — Judith Eisler — Angelika Fischer — Frisch — Angela Hill — Simon Henwood — Jamyla — Chris Johanson — Beth Houfek — Anton Kern — Elena Kriegner — Herta Kriegner — Tom Moody — Warren Neidich — Oiticica — Osondu — Hélio Oiticica — Michael Phelan — Uscha Pohl — Calvin Reid — Scars — Susan Shaw — Bill Schwarz — Rebecca Shulman — Dino Simonett — Valeria Solomonoff — Reg Star — Jemima Stehli — Hugo Tillman — T'kalla — Brigitte Winkler — Hans Winkler — Bernard Yenelouis

# VERY 5



**Simon Henwood** lives in both, London and New York. Although: we rather rarely see him in the latter since he's based in London right now, setting up his animation TV series *Poor Johnny Pumpkin*. With the upcoming painting show at UP & CO, NY May-June '99, we are making sure to get a glimpse of him.



**Lotte** (left) und **Anton** (right). Apart from being spotted with dogs, Anton Kern runs his gallery on Broadway, NYC, and hosts sought-after after-opening dinners. He took a sidestep into magazine work in this issue by contributing **Chris Johanson's** page. Johanson is a San Francisco-based artist who recently showed at Alleged in Soho, NYC and Four Walls gallery in San Francisco.



**Jemima Stehli** lives and works in London. Recent exhibitions include *The Road*, L'Espace Cultural François Mitterand, Beauvais, France, *It Took Ages*, Bricks & Kicks, Vienna, London based artists, curated by Jemima Stehli and Jannette Parris, *Educating Barbie*, Trans Hudson Gallery NY, *Hilary Lloyd, Jemima Stehli, Brian Dawn Chalkley*, City Racing, London. The furniture photos can be seen at Richard Salmon Gallery, London, 9 Feb- 27 March '99; the current *White on White* polaroids series at SHOP AT UP @ SUPASTORE, UP & CO, NY.





**Michael Phelan** was born in Beaumont, TX, and lives and works in NYC. Represented by Andrew Kreps Gallery, NY, his upcoming show there will be April/May '99: "Diamonds are Forever." His dog's name is Suki. Photo: Andréa Salerno



**Judith Eisler** lives and paints in New York and Vienna. Recent exhibitions include "open," a solo exhibition at Tate Gallery, New York, and *Wild/Life or the Impossibility of Mistaking Nature for Culture*, Weatherspoon Art Gallery, North Carolina, curated by Amy Cappellazzo. She has had solo shows at Luhring Augustine, New York and Palais Liechtenstein Kapelle, Vienna.



**Herta Kriegner**, originally from Austria, has been running her graphic design company in NYC successfully for years. Head of über, inc., Herta has been VERY design consultant from issue number one.

**Warren Neidich** is an artist based in New York. Currently he is using photography and video to link the way culture is crucial in constructing the brain's circuitry. Upcoming exhibitions include: "Archive—3 years of Spot Gallery," curated by William Stover, Roebling 65, Brooklyn NY, "Doublevision" at Yohji Yamamoto, NYC and "Making It Real", Massachussets College of Art, Boston, curated by Victor Munoz



**Eva Müller**, originally a graphic designer and art director in her native Germany, Müller took up photography in NY in '89. Now, splitting her time between London and NY, she incorporates the creative possibilities of the digital realm within her work shooting for record companies and magazines i.e. Scene, Mix-Mag, tank and VERY

EDITOR: Uscha Pohl — PHOTO EDITOR: Angela Hill — CONTRIBUTING EDITOR: Ellis Kreuger — PHOTO EDITOR NY: Hugo Tillman — ART DIRECTOR: Uscha Pohl — DESIGN CONSULTANT: Herta Kriegner — ADVERTISING: Hugo Tillman — BAD COP: Lauri Bortz — VERY INTERNATIONAL Angela Hill, London — Nicolas Bertrand, Paris — Françoise Zuhorn, Milan — Max Pohl, Düsseldorf — Special Thanks: Tom Moody

VERY is published quarterly by Uscha Pohl
VERY: 257 Church St New York NY 10013
T 212 966 7847 F 965 0697 upandco.com
e-mail uscha@upandco.com

VERY UK 412 Queen's Quay, Upper Thames St London EC4 3EH T/F +44 171 4898104

VERY SUBSCRIPTIONS:
4 issues at $20 in the US, $25 in Europe (Including Postage). Call: 212 966 7847
or Fax: 212 965 0697

CORRECTION: In VERY 4, Deborah Irmas' book *"the camera i"* was incorrectly listed as *"The Camera Eye"*. We regret the error.

SELECT SALES POINTS: **TOWER WORLDWIDE** — **BELGIUM - Brussels**: Christian Drantmann Gallery — **FRANCE: Paris**: colette, WHSmith's, OFR@Kiliwatch, Musée de l'Art Moderne, Panamé Presse Rue de Turenne, Purple Café, Giorgio Armani, Martine Sitbon — **GERMANY - Berlin**: Wien's Laden & Verlag, Gleditschstr 37 / Linienstr 158, Bücherbogen Savignyplatz 5, Walther König Hamburger Bahnhof — **Cologne**: Walther König Ehrenstr 4, Schaden.com, Burgmauer 10 — **Düsseldorf**: Walther König — **Hamburg**: PPS, Sauter & Lackmann, von der Höhe, THOMAS i PUNKT — **ITALY - Milan**: A + M, Milano Libri, John Richmond — **JAPAN - Tokyo**: Aoyama Bookcenter, Deuxième Classe 4-2-14 Jingumae Shibuya-ku, Bonjour Records — **SWEDEN - Stockholm**: MODERNA MUSEET, jus., konstartig — **SWITZERLAND - Basel**: — STAMPA — **Zürich**: Kunstgriff, Thema Selection, SEC 52, Krauthammer, Scalo — **THE NETHERLANDS - Amsterdam**: Baby, Atheneum, Boekie-Woekie, Artbook, Nighof + Lee, Rober Premsela — **UK - Bristol**: Arnolfini — **London**: ICA, R.D Franks, Market Place Oxford Circus, Browns Focus South Molton St, Zwemmer's, Dillon's Long Acre, Tower, John Richmond, American Retro, James Worrall 6 Denmark St, Peter Smith All Saints Road, Photographer's Gallery — **USA: Hudson News, Barnes & Noble, Borders nationwide** — **Chicago**: City News — **Denver**: South Monaco Newsland, Tattered Cover #1,#2 — **Hollywood**: World Book & News — **Los Angeles**: Milkfed, The MOCA, Skylight Books, Springbok News — **New York**: Artmarket, Printed Matter, St Mark's Bookstore, Universal Magazines Broadway, zero 225 Mott St — **Palm Springs**: Yes Desk News Stand #1, #3 — **San Francisco**: Harold's — **Seattle**: Mag Daddy

Retail US $6 UK £3.50 france 35F Belgium 280F Netherlands 14HFL Switzerland 10SF

**VERY Distributors: International:** Tower, art data, cornerhouse — **USA**: worldwide/Hudson News, Desert Moon, Bernhard De Boer — **UK & Europe**: art data Tel +44 181 747 1061 Fax 0181 742 2319 Cornerhouse Fax +44 161 200 1504 / Bill Bailey Publishers Representatives Fax +44 1626 331080 **Paris**: OFR Tel +33 1 48062792 Fax 01 43574785

Contents copyright © 1998 by VERY, and may not be reproduced in any manner or form without permission. The opinions expressed, apart from the editor's comments, are those of the writers and not necessarily those of the magazine. We are not responsible for unsolicited manuscripts or photographs

Back Cover: Judith Eisler/German Shepherd (The Fourth Man), 36" X 48" acrylic on canvas Courtesy Tate Gallery New York



The 12th annual

Creative Awards

board of judges

has recognized

über, inc.
"Childhood Dreams"
Consumer Magazine Campaign
VI Jets

as a Bronze Winner in the

2006 International Competition

recognizing creative excellence

| | | | | |
|---|---|---|---|---|
| Australia | Austria | Belerus | Bulgaria | Canada |
| China | Croatia | Denmark | England | Germany |
| Hong Kong | India | Ireland | Israel | Italy |
| Kuwait | Latvia | Malaysia | Mexico | New Zealand |
| Norhtern Ireland | Puerto Rico | Russia | Singapore | South Africa |
| Turkey | United Arab Emirates | United States | West Indies | Yugoslavia |



April 7, 2006

Dear über, inc.,

Congratulations! über, inc. is a winner in the 2006 Summit Creative Awards® competition. Among the thousands of submissions from twenty-six countries, your creative scored among the very best.

The 12-year-old competition has established itself as one of the premier arbiters of creative excellence. Being recognized by the Summit Creative Awards brings your company prestige and value, and we salute you.

Discriminating critics were highly impressed with your company's creativity. This year's international panel of judges included professionals from Ogilvy and Mather; Paragon Marketing Communications; Avenue Inc.; Stormhouse Partners; Memac Ogilvy; PUSH, Inc.; Innocean Worldwide; Mfx, Inc.; Jeff Fisher LogoMotives; Type A Learning Agency;  Tribal DDB; Cocoon Branding; Promoseven Network Inc.; and the Art Institute.

So again, our congratulations. We look forward to seeing your talented work in the marketplace and in next year's competition.

Sincerely,

Jocelyn Luciano
Executive Director
Summit Creative Awards

The Summit International Awards • PO Box 10003 • Portland, Oregon USA 97296-0003
503-297-9979 • 503-297-9978 fax • info@summitawards.com • www.summitawards.com





# Award of Excellence

**Über, Inc.**

**Bourjois - The Lip Collection Wrap**

**Package Design**

*Editor*

The Jumeirah Essex House
would like to offer our deepest gratitude to you
for joining us this evening
and to our many wonderful partners
without whom this event would not have been possible.

We hope that you will keep them in mind when you are planning your next event.

| | |
|---|---|
| Flowers | Diana Gould Ltd. <br> FLOWERS & EVENT DECOR <br> Diana Gould Ltd. <br> www.dianagouldltd.com   914-347-7134 |
| Furniture |  Props for Today <br> www.propsfortoday.com <br> 212-244-9600 |
| Invitations, Printing & Bags | über, inc. <br> www.uber-inc.com   212-643-1135 |
| Lighting | PSAV <br> PRESENTATION SERVICES <br> Presentation Services <br> www.psav.com   212-484-5131 |
| Music |  Hank Lane Music & Productions <br> www.hanklane.com <br> 212-767-0600 |
| Photography | Hechler Photographers <br> Harold Hechler <br> www.hechlerphoto.com   212-472-6565 |

design: www.uber-inc.com