# Exhibit 2





