# Exhibit 5

**From:** **Herta Kriegner** herta@uber-inc.com
**Subject:** Uber Conversation 2
**Date:** February 24, 2017 at 9:47 PM
**To:** josh@uber.com



Hello Josh,

after exactly a year of silence I was wondering, if you will ever respond to my email.
Or should I assume that you and your organization decided to ignore the problems
that you have been causing to me. We still have all the same issues we discussed
last year except more and more drivers, potential drivers and messengers are showing
up at our door and we had to fight off the delivery of 3 ocean freight containers with
10,000 backpacks).
The pile of misdirected claims is getting higher and higher….
I would very much appreciate the courtesy of a response so I know where we stand.

Best regards,
Herta

> Begin forwarded message:
>
> **From:** Herta Kriegner <herta@uber-inc.com>
> **Subject: Uber Conversation**
> **Date:** February 23, 2016 at 12:53:48 PM EST
> **To:** josh@uber.com
>
> Dear Josh,
>
> Thank you again for meeting with me in December. I hope you enjoyed your holidays and had a good start into the New Year.
>
> Since we talked during our meeting in December, I've had a lot of time to reflect on Uber Technologies' offer and think about all it would entail to change our business name. Going through all the necessary steps, I realized that there is a lot more to it than changing the corporate listing, reprinting all materials and redesigning the website. There is a lot of goodwill in the Uber name connected to our business, considering how long we've been using it and a name change will create quite a turmoil to our business. I can see that a lot of effort has to go into the rebranding, starting with finding a new name and a new story that will convey the same that the Uber name has done for us since 1999, a value that will be hard to replace. Just think for a second what herculean efforts and millions of dollars would have to be mobilized if Uber Technologies had to change the UBER brand...
>
> Although I very much appreciate your effort to resolve the confusion that our identical names create in the marketplace with Uber Technologies' buy-out offer, I have realized that the amount offered will not be sufficient to successfully rebrand and promote our new business to a level where it is right now. We don't only have our loyal clients to consider but a whole design industry where we build a name for ourselves with many rewards and recognitions which no longer will be associated with a company that has a completely different name (and adding "formally known as über" will not be an option).
>
> Considering the substantial amount of business interference we have suffered through over the last four years, and still have to deal with every day, I believe that Uber Technologies should re-consider the amount offered. We have been dealing with misdirected mail and phone calls from various government offices (the IRS, Worker's Compensation Boards, NYS Department of Labor, etc.). I've been subpoenaed to appear in court and had to explain to a JUDGE in Brooklyn that Uber Inc is not the same as Uber Technologies Inc. Our accountant just completed a Worker's Compensation Board audit of Uber Inc. because of "several claims from drivers", and we have to pay for the time he prepared for and spent with the auditor at his office. Every week we received wage garnishment notices and income executions, employment verification requests,

information subpoenas to report wage and health benefits, and letters from different law firms representing clients who seek compensation for various scenarios. We have returned large amounts of money that had been transferred to our Uber Inc. bank account "in error" by one of your strategic partners and we have held on to a bride's maid dress that one of YOUR employees misdirected to our address and handed it over when they realized their error and contacted us. We have to deal with people showing up at our door, who want to be drivers, and with drivers who come for a test, to show us their new car, their paper work or have questions. Not to mention "our new security guard" who called very early one Saturday morning and demanded a building pass after finding the elevators locked at 231 West 29th Street, unable to get to the 12th Floor where he intended to report to his first day of work! All on top of fielding thousand of calls not meant for us or our business, a huge disruption of our business and my personal life for the last 4 years, only getting worse with every month. We also have to constantly watch and clean up our social media from inappropriate posts and negative comments.

I think, we have a right to expect to be compensated fairly for this situation that is clearly not of our making and that we have endured until now.
I'm still willing to quietly relinquish our corporate name and build a new brand identity. However, I need the piece of mind that we can take time off work, concentrate on rebranding, hire necessary help and have the financial resource to reproduce EVERYTHING (printed, online, listings, ratings, awards, relationships, recognition, etc.) that has been attached to our Uber brand over the last 16 years.

After careful consideration, our piece-of-mind number manifested itself with at least 800K. It will give us a 12 months intensive rebranding period, all accompanying expenses for necessary outside help, production, promotion, social media outreach and advertising. Although many of our clients, suppliers and industry contacts will know that it is still the same trustworthy and reliable enterprise with a new name, we will have to start from scratch. We have to proof ourselves and the new company all over again to get noticed, listed, rewarded, known and become the trusted name that we have built over the past 16 years.

It will also give Uber Technologies the piece of mind that the lingering brand name confusion has been settled pre IPO, nobody will ever be able to get a hold of the NYS registered Uber, Inc. or any of the domain names listed below; governmental agencies and law firms will no longer attack the wrong company, your strategic partners will no longer transfer a quarter million dollars into the wrong bank account and have to ask back for it, disgruntled customers will no longer unload their nightmares on us and our social media platforms, and the media will no longer have any stories.

Here is my offer:

Uber, Inc. would change its corporate name. We would assign any rights we might have to the "Uber" name as used by us to Uber Technologies Inc.

Since we will no longer need any of our domains after a name change, we would transfer them to Uber Technologies Inc. so they can help your customers and contractors to find Uber Technologies instead of us.

We currently own:
**uber.nyc**
**uber-inc.com**
**ubercustomerservice.com**
**ubercustomercare.com**

We both know that the current situation is unacceptable and has to be changed.

To summarize, my preference is to arrive at an agreed settlement on a swift and effective basis. Although there are other interested parties who may value these domains and names for their businesses at a higher value than the above amount, I am prepared to settle at this time before further pursuing these other options.

However, as each week passes, I incur additional costs and burdens, so the amount required for settlement will only increase.

I look forward to hearing back from you.

Best regards,
Herta