# Exhibit 6

**From:** ▮
**Subject:** Re: URGENT REQUEST from Herta at Uber Inc.
**Date:** November 8, 2017 at 5:23 PM
**To:** herta@uber-inc.com

Hi Herta -
This is ▮ from Uber NYC.
Thank you for the note and I am sorry to hear that you continue to have this problem.
I will pass along the contact information of the rude caller - this is good to know!
Best, ▮

> On Tuesday, November 7, 2017 at 12:02:18 PM UTC-8, Herta Kriegner wrote:
> Hi UBER TECHNOLOGIES,
>
> This is **Herta from UBER INC**, the NYC graphic design agency who constantly is being mixed up with Uber Technologies,
> I'm sure you remember us: http://uber.nyc/category/uber-vs-uber/
>
> We are still having all the same problems we have had in the past and some more…..
>
> Today I hit another low when one of **YOUR upset customers** called one of my employees a LIAR and a SKANK… all after my employee very friendly told her that this was not UBER the transportation company but UBER the graphic design agency. The woman claimed that she knew "FROM HOW YOU SAID THAT, THAT YOU REALLY WORK FOR UBER AND YOU ARE LYING". Then the same woman called back, I picked up and said "Uber Inc". She yelled: SORRY THAT YOU DIDN'T GO TO COLLEGE YOU FUCKING CUNT and hung up. Following this second insult, I called her back and when she picked up she just yelled: FUCK YOU, FUCK YOU, FUCK YOU, FUCK YOU….. and hung up.
>
> Please have some compassion and **DELETE her account!**
> She is: ▮ (that's what showed up on our caller ID)
> An apology to us by her would be in order also! This is unacceptable behavior!
> I think you should call her and talk to her! **My employees are getting harassed by YOUR upset customers** and it is not only a waste of our time but also sends their spirit and emotions on a downward spiral, unable to be creative and productive for a while after being bombarded with profanity, aggression and insult. How would you feel if you were told all these insults mentioned above? And at least you would be the correct company to have to listen to them, not us!!!! (Not even sure what you did to this woman to make her so furious!)
>
> I also would like to start communication with your new **NY GM,** ▮**,** since Josh Mohrer left, whom I talked to in the past.
> Would you please be so kind and send me his contact information.
>
> Thank you very much for your help!
>
> Herta Kriegner
>
> UBER INC.
> 212-643-1135
> 231 West 29th Street, Suite 1204
> New York, NY 10001

