# Exhibit 7

# UBER CALL LOG

| DATE | TIME | NUMBER FROM? | NAME/PHONE NUMBER REQUEST? |
|---|---|---|---|
| 4/29/19 | | | ███████████ |
| 9/3 | 1.02 | | Lost keys & air pods in UBER |
| 9/19/19 | 3:19 | ████ | tech help with account / ████ |
| 9/19/19 | 3:19 | ████ | tech help with account / ████ |
| 09/21/19 | 4:56 | ████ | I need help ~~with~~ my account Uber eats |
| 10/30/19 | 4:21 | ████ | Driver Account Problem. Need help. |
| 11/6/19 | 13:31 | | Account Problem ████ - Driver |
| 11/12/19 | 2:11 | ████ | ████ / uber eats fee is only 25? Driver- |
| 12/2/19 | 5:28 | ████ | ████ / left phone in Uber wants 50$ |
| 12/10/19 | 4:05 | ████ | ████ / Stickers for Vehicle / Driver |
| 1/9/20 | 1:45 pm | | ████ / rider: cant ~~request~~ request ride (~~my~~ my boss) Her Boss has problem with App |
| 1/10-2020 | 12.53 | ████ | need Tax Form |
| 1/16/2020 | 2:58 | ████ | ████ Uber eats account problem. Wants to be a delivery person |
| 1/16/2020 | 4:48 | ████ | Tax Form |
| 2/06/202 | 4:50 | | / tax form |