# Exhibit 8

Firefox File Edit View History Bookmarks Tools Window Help
Sat 1:09 PM
Josh Mohrer | LinkedIn
https://www.linkedin.com/profile/view?id=ADEAAABw9gEBW9v9vC4tKmaqQljGd2mhtVp_All&authType=OPENLINK&authT
Search
Search for people, jobs, companies, and more...
Advanced
Josh Mohrer
3rd PREMIUM
General Manager of Uber NYC
New York, New York | Internet
Current Uber, Inc
Previous Lot18, Covestor.com, CollegeHumor.com
Education New York University - Leonard N. Stern School of Business
Send Josh InMail
500+ connections
Contact Info
https://www.linkedin.com/in/joshmohrer
Background
Websites Company Website
Recommendations
Given (1)
Meeta Kapadia
Director of Operations
I had the privilege of working alongside Meeta for a year as she built out the Member Services department at Lot18. As the company prides itself on good customer service, her role was central to the company's mission and early success. No matter what crazy promotion my marketing team threw at her, the member services team handled the fall-out with grace and excellence. I... more
February 29, 2012, Josh worked with Meeta at Lot18
Groups
How You're Connected
You
Steve Savad 1st
President at DiSorb Systems, Inc.
This person knows 1 or more people who can introduce you to Josh
Josh 3rd
Send Josh InMail
Help
AVE $35

Firefox File Edit View History Bookmarks Tools Window Help
Sat 1:11 PM
Edward Casabian | LinkedIn
https://www.linkedin.com/profile/view?id=ADEAAACUWdwBTVp2KyyaBLYNG-p56mFVDtQ5cXg&authType=NAME_SEAR(
Search for people, jobs, companies, and more...
Advanced
Home
Profile
Connections
Jobs
Interests
Business Services
Try Premium for free
Edward Casabian
2nd
Senior Marketing Manager at Uber
New York, New York | Internet
Current Uber
Previous Uber, Inc, The NYC Nomad, SoundCloud
Education Tufts University
Connect
Send Edward InMail
500+ connections
Contact Info
https://www.linkedin.com/in/edwardcasabian
Background
Experience
Senior Marketing Manager
Uber
June 2014 – Present (1 year 7 months) | Greater New York City Area
Senior Community Manager
Uber
January 2013 – Present (3 years) | New York
Lead Uber's NYC efforts in Customer Service, Social Media, Marketing and Business Development
NYC Community Manager
Uber, Inc
November 2011 – January 2013 (1 year 3 months) | New York, NY
UBER
How You're Connected
You
43
LinkedIn Members
See up to 43 people at your company who can connect you to Edward
Upgrade now
Edward 2nd
Send Edward InMail
IS YOUR BUSINESS LISTED CORRECTLY?
Check to see how your business appears across the internet.
Business Name
Next search result
Edward Casabian --
Help