# Exhibit 10

Siri what's the phone number for Uber

Tap to Edit >

I found nine places.

Tap the one you are looking for:

**MAPS**

**Uber, Inc.**
231 W 29th St, New York · 150 feet
★ 1.0 (3) on Yelp

**Uber Greenlight Hub**
31-00 47th Ave, New York · 3.1 miles
No Reviews

**Uber Movers**
924 Bergen Ave, Jersey City · 3.9 miles
No Reviews

**Uber Greenlight**
694 Burke Ave, New York · 11 miles



Siri what's the telephone number for Uber rides

Tap to Edit >

I found nine places.

Tap the one you are looking for:

**MAPS**

**Uber, Inc.**
231 W 29th St, New York · 100 feet
★ 1.0 (3) on Yelp

**Uber Greenlight Hub**
31-00 47th Ave, New York · 3.1 miles
No Reviews

**Uber Movers**
924 Bergen Ave, Jersey City · 3.9 miles
No Reviews

**Uber Greenlight**
694 Burke Ave, New York · 11 miles

