# Exhibit 12



**DESIGN PORTFOLIO**    **AWARDS**    **ABOUT**    **CONTACT**    **UBER VS. UBER**

 Uber Vs. Uber (4)

## über vs. Uber



The Opinion Pages  |  OP-ED COLUMNIST

## über vs. Uber

**Joe Nocera**

DEC. 5, 2014



OUR CLIENTS