# Exhibit 13



# Design is different here. We come to work each day inspired by the future and eager to be a part of it.

 Uber Design   Follow
Aug 9, 2015 · 3 min read

We spend every day thinking about new ways to improve cities for the riders and drivers who live in them. With your unique perspective, our dreams for tomorrow will move closer to reality.

3/13/2020
Case 1:20-cv-02320-PKC Document 31-13 Filed 06/11/20 Page 3 of 9
Design & culture in flux. We build in front of each day, inspired by the cities that manage, large part of it

# We believe in

### Improving cities

Every project at Uber begins in an effort to improve both cities and the lives of people who live in them.

### Seeking big opportunities

Technology changes quickly, and we always want to stay one step ahead. By focusing on the future we can realize bigger opportunities.

### Making magic

Every experience should be magic. When people use our apps, we want them to wonder how they ever lived without them.

### Experimenting with design

With every project, we learn more about what works. We test our assumptions constantly to make sure our designs really work.

### Being impactful

Our designs are used by millions around the world every day. We try hard to simplify and improve our customers' lives.

## Find the perfect fit

**We're looking for talented creatives from all disciplines. Our team is focused on a common goal of creating beautiful, functional designs. We'd love for you to join us. Discover the right role for you.**





## Product Design

We're constantly inventing, iterating, and increasing transportation opportunities for everyone, everywhere. As a diverse team of researchers, strategists, designers, and writers, we're focused on improving current features and imagining new futures for our technology through magical user experiences.

"We're designing experiences that don't exist yet. Because of that, we're constantly innovating and improving what we're making. It's an amazing challenge, and it's also incredibly rewarding." — Amritha Prasad, Product Designer

*View open roles*



3/13/2020   Design & culture. We build vibrant teams, inspire output, and manage a large portfolio of ...

Case 1:20-cv-02320-PKC   Document 31-13   Filed 06/11/20   Page 5 of 9



## Brand Design

Our team creates the architecture behind Uber's global identity. We launch campaigns and design standards that give Uber a cohesive look and feel. Our team includes designers, producers, copywriters, illustrators, and videographers.

> "I joined because I liked that Uber was building creative teams and sharing their design process. I'm very excited to learn from my experienced peers and grow alongside the team." — Alice Yang, Illustrator

*View open roles*



Design at Uber Home. We could invent each day, inspired by the world around us. We're proud to be part of it

# Marketing Design

Our team of marketing professionals creates emails, social posts, websites, and digital ads to benefit our rider and driver communities. We use data to inform and iterate on our designs, and we're proud of our industry-leading response rates.

> "Art and science hold hands here. There are tons of opportunities to be creative — which is sometimes unexpected at a tech company."- Chris Lohouse, Motion Designer

*View open roles*

# Follow

Uber.Design | Dribbble | Twitter | Instagram |Behance

Uber        Design        Experience        Point Of View

About    Help    Legal







Uber

Brand story    System elements    Showcase    Downloads    Help / FAQ



se



