# Exhibit 15

**Transcript:**

**Video located on youtube, at**

https://www.youtube.com/watch?v=G1Q1PIHO_Rw&feature=youtu.be,

**Last viewed June 8, 2020**

**Full transcription of audio, with selected screenshots of video**

**Digiday Media Buying Summit**

**Jonathan Gudai, CEO at Adomni**

**Brett Baker, Business Development at Uber**

**Palm Springs, CA**

**February 26, 2020**



**Introduction:**  Alright, coming up a workshop with Adomni with Brett Baker, business development at Uber and Jonathan Gudai, CEO at Adomni, to talk about the latest trends in digital out-of-home, and Uber's new ad network. Come on out.  Oh, nice T-shirt!

**Jonathan Gudai, CEO at Adomni:**  Kylie Jenner's marketing team reached out to us on a Friday and said that they were launching Kylie's new skin care line, and they wanted to blanket their entire country with Kylie ads. They had heard about programmatic out-of-home, but didn't really know much about it and they were curious. From Friday afternoon till Tuesday afternoon, we met with them we showed them the scale of reach, we showed them the screen types, the audience targeting and we locked in their creative. Wednesday morning at 7 a.m. on 4,500 roadside digital billboards, "Kylie's skin" ads went everywhere.



It said "At nine o'clock, go to kylieskin.com, and you'll be able to purchase for the first time, this new product line." At nine o'clock, the ad switched again, and now it said: "Now available." And also the ads started showing in 300 shopping malls in over a thousand different

cities. Before the end of the first day, Kylie's products sold out, and the biggest programmatic digital out-of-home campaign had just been successful.

Kylie's got 167 million followers on Instagram alone.  Arguably, she doesn't need us or out-of-home to have a successful product launch. But, the marketing world is changing. I've got two little girls at home: a two and a half year old, who my wife now calls our "threenager," which is totally true, and a three month old. And when we think about just my household, which is probably like millions of other households, and maybe yours as well: Disney-plus – it's on all day long. When we get home at night and after we tuck in the kids, we're putting on Netflix, we're watching HBO shows, we're watching Showtime shows. Not once are brands able to reach us in our home the way they used to on television. Even the stuff that is on broadcast TV, like SNL, which we love, we're recording, we're DVR-ing, and then we're skipping through the commercials. So as marketers, and what makes this conference so awesome, is the ability to think about the new ways that we can reach consumers.  New channels, new ways to connect, and as some of the other speakers had alluded to: it's about storytelling.

Currently, there's really four main innovations happening in "out-of-home" right now.

One, is that the scale of the connected inventory has finally tipped. Kylie Jenner's campaign could not have run two years ago. The pipes weren't connected. The buying platforms didn't exist to do that kind of a scale.

Second, audience data is now here where you can do targeting and measurement, using mobile location data.

Number three, is that the buying platforms are now able to transact in a completely new way. That's just like buying your mobile ads, your programmatic display.

And lastly, over 90 percent of what's on Adomni's platform, is video enabled. So it truly is video everywhere. And when looking at our map here, sometimes people think "is that a T-Mobile coverage map? Is that some form of energy grid?"

No, those are each digital out-of-home screens that are programmatically connected. And right now, as of this moment, we have over 161,495 screens:



If you look at New York alone: 9,600 screens; over 2 billion monthly impressions:



What about LA? 7,000 connected screens; over a billion impressions:



Let's just take a random DMA like Tulsa, Oklahoma: 439 screens; 60 million impressions. And if we look at the universe of out-of-home, currently on our platform we have 115+ media owners.

So Lamar Digital Billboards, who has over 3,500 roadside large formats. Clear Channel Outdoor: over 40 airports.  Branded Cities: Times Square spectaculars, Las Vegas Boulevard, unmissable huge screens.  Volta: charging kiosks at the entrance to shopping malls and grocery stores. We just on-boarded Vail Resorts: if you want to reach skiers on the mountain, you can now do that. Shopping malls; bars; restaurants; doctor's offices; Zoom media with the gyms.



Literally, we've brought the entire world outside-of- home into one place, and we're super excited to announce that Uber is now the newest entrant on the publisher's side to bring their huge scale to us marketers who are trying to reach consumers, in a world where it's getting harder and harder to connect.

We have right now, 30 different media types, which we'd be happy to send you this deck, or this list. But think about any high traffic area that has a screen is a great candidate to be connected and sold programmatically:

 **DIGITAL OUT OF HOME MEDIA/VENUE TYPES**

| | |
|---|---|
| 1. Bar/Restaurant Jukebox | 20. Rest Stop |
| 2. Bar/Restaurant TV | 21. Salon (Men) |
| 3. Digital Bulletin Billboard | 22. Salon (Women) |
| 4. Bus Interior | 23. Shopping Mall |
| 5. Cinema Lobby | 24. Shopping Mall Food Court |
| 6. Coffee Shop | 25. Spectacular |
| 7. College Campus | 26. Transit Shelter |
| 8. Convenience Store | 27. Urban Kiosk |
| 9. Doctors Office Waiting Room | 28. Urban Panel |
| 10. EV Kiosk | 29. Vehicle Exterior |
| 11. Golf Course | 30. Veterinarian Clinic |
| 12. Grocery Store | |
| 13. Gym | |
| 14. Hotel | |
| 15. Liquor / Wine / Beer Store | |
| 16. Mobile Billboard | |
| 17. Office Building | |
| 18. Pharmacy / Drugstore | |
| 19. Digital Poster Billboard | |

But really when you think about why, "digital out-of-home," there's really a few reasons. We're spending more time than ever before out of our homes. Some say as much as 70% of our waking hours, is outside of our home. So if you think about all that time, and you extrapolate that, out-of-home is reaching 90% of the US market. Which is bigger than Facebook. But it's not just the reach, it's not just the top of the funnel stuff.  Nielsen just put out a study that showed that if you combine out-of-home with native mobile, in-app, or mobile web, you'll see a sixty-six percent response rate to people clicking on those ads, versus if you just did mobile ads without the out-of-home.

Out-of-home is this "primer channel," that is driving people to engage with ads. 40% of people search for the brand after they have seen it on a roadside digital billboard, or out-of-home. So now all of a sudden, people are looking at out-of-home and saying "wait a minute, I used to really think about this as kind of an old school way of getting brand awareness and reach. It's actually now part of my omni-channel media mix."

And look no further than the top 15 buyers of out-of-home media today. Five of the top 15 are major tech companies. Apple, Netflix, Google, Amazon, Facebook. The guys that are selling the ads, are on the other side buying the ads.  Because they realize how powerful it is for their own brand and for what they're trying to achieve across their different product lines. It did not look like this 10 years ago, 15 years ago.

Facebook even took it one step further. So this is on Facebook's website, if you go to their blog, they wrote a piece where they said that if you're buying Facebook ads, and you're not buying out-of-home ads with Facebook, then you're leaving a lot of performance on the table. They showed that if you layer on Facebook plus out-of-home, your ads are going to be 13% more efficient than even what they expected.  But we're talking about being 20% to 30% more efficient than if you did just out-of-home or just Facebook alone. So clearly, this thing works. It's just one of those things that's been really hard to activate on, up until programmatic out-of-home has matured.

When we look at what's changed the game, mobile location data has been one of the biggest advancements in technology that's made our lives so much easier and better. And so a video that shows how Adomni's partnering with Place IQ where every single one of these digital out-of-home screens has an audience profile with recent mobile location data, to help you as marketers, make sure that you're putting ads in the right places at the right times.

Check it out:

> Voice on Place IQ Video:
>
> "Place IQ's database contains over 200 million unique monthly devices. Every day, billions of location signals are anonymously captured for mobile apps, for which consumers have opted in. These location signals then get mapped to specific points of interest, such as an automotive dealership, bar, restaurant, retail outlet, or roadside area.



Each of Adomni's advertising displays has a custom exposure area created for it, to determine the audience profile for that one location.

On the Adomni online buying platform, the campaign planning and buying tool features a concept called "Audience IQ."  Audience IQ helps advertisers determine which location best matches their intended audience. The most relevant, highest scoring locations are included in your campaign.

Here is a real-world example: Let's say that you're a brand that wants to advertise a new, healthy snack food for young women.  You go to adomni.com, choose the audience segments of: female, ages 18-24, gym-goers, in Las Vegas. In seconds, the Adomni search engine will comb through tens of thousands of out-of-home advertising locations and millions of mobile data points to guide you to the best options for that audience. Adomni's performance algorithm will optimally select locations with the highest score for your audience criteria. All done in just minutes! The outcome: Smarter advertising campaigns.  Better results."



**End of video.**

**Jonathan Gudai, CEO at Adomni**: So, that's been one of the main things that's been holding back the industry, is just an understanding of "well how do I know that I'm reaching the right audience? How can I measure results?" Well now, all of that information is available to us and is being brought to the surface. Where literally, just like you're looking at your Google or your Facebook performance reports, you can do the same thing for out-of-home.

Since Adomni started in 2015, we've done a little over 2,500 programmatic out-of-home campaigns. And, I know there's a bunch of media buyers in the audience here, so I wanna lay out, like, what do these look like? And there's really, it breaks down to pretty much four types. You're looking to hit certain markets. You want LA, you want Chicago, you want New York, you want National.  Or, you have points of interest around which you want to, say in like a five-mile radius of a retailer.  Or you've got a pure audience-based approach, and you just want to hit, like in that example, of women gym-goers that are between 18 and 24.  Or the fourth one, is ad content. So you have a 1920 by 1080 video, where can you place that video in the digital out-of-home world?

And we've made it so easy.  Like we used to say it's as easy as Google or Facebook.  It's now actually easier to activate a programmatic campaign, where you literally can do it in minutes. Just because we're short on time today, I am going to skip over the platform visualization, but the general gist of this is, you guys have hands-on keys. You can build out your campaigns with whatever audience or geotargets you want. You can see reports in real-time, of what's playing and what your KPI's are, whether it's reach or CPM.  And you can also do mobile re-targeting as well.

So, I'll skip over those and now let's talk about the ubiquitous platform that you guys are probably spending a good chunk of your client's money, or if you're a brand, your own money.

What these three platforms have in common aside from them just being the majority of where digital ad dollars are flowing, is that from a consumer perspective, we use these all day, every day. And, when we think about Google search, and Facebook social, and Amazon's commerce, the other major ubiquitous platform that probably is close to this level in terms of the value it creates for its consumers, is Uber:









And if you think about all the millions of Uber cars driving around the country, driving around the world, and think about them not just as a way to get from point A to point B, but actually as a way to reach consumers by there being a new ad format that harnesses the billions of miles of exposure that they have.  Well that's, as of two days ago, now here. Uber OOH:



So I don't know if you guys read about this in AdWeek, but basically, Brett Baker who is here from Uber, is going to talk a little bit about why Uber is entering the space as a publisher, what some of the goals are. From Adomni's perspective, we are Uber's exclusive selling partner, so through Uberooh.com or through adomni.com or through any DSP that's connected into our exchange, whether it's Amobee, or Zeta Global, whomever, you can access these screens, and here's what it's going to look like.

So first think about yourself as a consumer, where the beauty of Uber is you can open it up and this is me and my house, and I've got six Ubers all around my house where I can literally go from my house wherever I want to be, and get picked up in 2 minutes.

Now let's flip it around and put on your marketer's hat and say "well, what would I do if I could advertise literally everywhere?" Atlanta is the first market that right now and already has over 300 cars driving around today, with these video enabled screens. If we put on our Uber x-ray goggles here, this is what 60 cars looks like in Atlanta.

This is closer to what it actually looks like today in Atlanta:



And if you put a brand like Target on the top of these vehicles, it's unmissable. It's unskippable.



We don't have to worry about cookies. Your message is going to be seen from pedestrians, your message is going to be seen from other fellow drivers.  And it's not just on the Ubers, so with Adomni's connected platform, where we have 7,000 digital billboards, you can have your messages shown on multiple screens at the same time. So as these Ubers pull near these other connected screens, you have an opportunity to tell a story with video, in an immersive, unmissable way:



And Brett Baker if you can come out, I know we're running a little short on time, but I just wanted to introduce Brett from Uber. And maybe you can tell us just a little bit about this initiative, and why Uber is now getting into the ad business.

**Brett Baker, Business Development at Uber:**   Thanks Jonathan. So about a year ago we started looking at this space seriously, because from our standpoint, this was happening whether Uber decided to participate or not. There are other companies that are out there that are reaching out to Uber drivers and installing these devices.  And we thought to ourselves, from number one, from a brand guidelines standpoint, we have zero control over that, we'd like to at least understand what's being advertised on Uber vehicles.

And, number two, this really stemmed from us benefiting our drivers. We want to increase their earnings, we want to reach out to our best drivers who drive full time. We have a program called Uber Pro, and so for this we're reaching out to these full-time drivers who have displayed that they travel in highly trafficked areas.  They drive full time, and this represents a pretty significant increase in their monthly take-home. So, that was a big piece of it.

And then the other piece of it, is scale. We feel like we have the ability, if we want to scale this not just nationally, but internationally.  And when we think about that opportunity, I know it gets me very excited. I know it gets our leadership very excited.



**Jonathan Gudai, CEO at Adomni:**  Totally.  Awesome.  And what cities, I mean, what does it look in terms of the roll-out, and where are we today?

**Brett Baker, Business Development at Uber:**  So, as Jonathan mentioned, we're live in Atlanta, we're live in Dallas, we're live in Phoenix. Those are our three pilot markets. We've also partnered with Ad Council, and so we're working with the cities as well, to include messages that are positive for the city.  Align with our brand guidelines as well.  So those are the three pilot markets. We're excited to see where this goes. I know we're in the very early stages. We just announced it a couple days ago, but you know, definitely looking forward to hopefully seeing a lot more of these vehicle car tops, not just in those three markets, but beyond.

**Jonathan Gudai, CEO at Adomni**  Awesome. And then as far as the Adomni relationship, why Adomni? How did that kind of, come about?

**Brett Baker, Business Development at Uber:**  I think this slide captures it beautifully.  Like we don't want this to be kind of a siloed experience for advertisers.  We want this to be connected to the world around it:



Uber is in the real world, so I think that's a big piece of it. Adomni is very tech-forward; we're a very tech-forward organization.  And I think those were some of the big things that when we thought about how we wanted to roll this out to advertisers, we wanted to make it easy, we wanted to make it, you know plugged in with all of our systems very seamlessly,  And that's really why we have decided to partner with Adomni on it.

**Jonathan Gudai, CEO at Adomni:**  Awesome. Great.  Any questions?

**Speaker:**  We're out of time.

**Jonathan Gudai, CEO at Adomni:**  Oh, we're out of time.

**Speaker: Sorry.**  But you're gonna be around?

**Jonathan:** Yeah, I'll be around. So, you can't miss me with this [t-shirt] (haha). But, we've got a couple of people here from the Uber OOH team as well, so feel free to reach out to us now, or afterwards! Thank you.

###