# Exhibit 16







# Advertising Campaign Highlights

  

**Geo-Target Ad Content**

Geo-target advertising content based on the audience composition of a specific geographical location

**Ad Content Day-Parting**

Select optimal content to play at specific times of the day

**Proof of Performance Reports**

See the number of ad plays and impressions delivered as well as eCPM and maps showing where the ad plays were served

**Multi-Touch Advertising**

Utilize Adomni's innovative buying platform to trigger ads to concurrently play on cartops as well as nearby programmatically connected, digital, out-of-home screens such as billboards.



 

# Privacy Policy

Uber OOH, Inc. (hereinafter referred to as "Uber OOH", "we", "us" or "our") operates a platform for advertisers to buy units of time that display advertising content on Digital Screens in the markets that Uber OOH operates ("Platform").

This Privacy Policy is intended to inform you about how we treat Personal Information that we process about you. If you do not agree to any part of this Privacy Policy, then we cannot provide the Platform or Services to you, and you should stop accessing the Platform and deactivate your Uber OOH Account. You can find out more about how to deactivate your Uber OOH Account by emailing us at support@uberooh.com

## DEFINITIONS

Where the definition of a term does not appear in this Privacy Policy (such as "Screen Details", "Campaign", "Content," "Services" etc.), it shall be given its definition as outlined in our Terms of Service.

"Affiliates" means companies related by common ownership or control. They can be financial and non-financial companies.

"Aggregated Information" means information about all of our users or specific groups or categories of users that we combine together so that it no longer identifies or references an individual user.

