# Exhibit 17

## Ad Content Information

Are there any content category or brand restrictions?

What size ad content is required?

Can you help me create my ad content?

Absolutely. All share-of-voice campaigns include complimentary content creation or re-formatting.

Can I provide multiple pieces of ad content to play?