# Exhibit 18

# T Z I M O P O U L O S   L A W, P.C.

Attorneys at Law

George Tzimopoulos
5 Penn Plaza, 19th Floor – PMB#19110
New York, New York 10001
TEL: (646) 733-4000

George@TzimopoulosLaw.com

August 20, 2019

**Via Certified and Regular Mail**
Tony West, Esq.
Uber Technologies, Inc.
1455 Market Street
#400
San Francisco, CA 94103

Re: Uber, Inc. and Uber Technologies, Inc.

Dear Mr. West:

I represent Uber, Inc.

Uber, Inc. is an award-winning graphic design company based in New York City that services small and large companies doing business throughout the world.

Over the last several years, the aggressive expansion of the business of Uber Technologies, Inc. ("Technologies") has caused Uber, Inc. numerous problems and harmed its business. Indeed, what started as a trickle of problems became a steady flow of problems and is now a full-fledged flood of problems.

These problems include among other things, confusion by members of the public and city, state and federal agencies that Uber, Inc. is Technologies. For example, scores of disgruntled customers call my client's office daily and some physically appear at my client's office. They often leave nasty and foul messages about a complete lack of attention to their complaints and complain about horrible service rendered by Technologies and its back office. These complaints have also appeared in social media and have been directed at my client and its principal instead of Technologies.

There are also a variety of legal papers that are served on a regular basis upon my client, including but not limited to insurance claims letters, lawsuits, subpoenas, child support and

**TZIMOPOULOS LAW, P.C.**

Tony West, Esq.
August 20, 2019
Page 2 of 2

garnishment notices. My client has also received correspondence from the IRS and had its bank accounts invaded in connection with mistaken cash transfers. Dealing with the constant flow of complaints, correspondence and documents from Technologies' customers and others is costing my client significant time and money and harming its business, which had enjoyed a stellar reputation for most of its twenty years.

The preliminary harm caused to my client was the subject of conversations between my client's principal Herta Kriegner and Josh Mohrer, a general manager or former general manager of Uber Technologies, Inc. NYC. Mr. Mohrer's apparent solution, which he delivered rather cavalierly, was that my client should abandon or change the name of its company before things got worse and that he might be able to persuade Technologies to pay some money to my client in exchange for some intellectual property that Technologies might find useful.

Subsequent to the discussions with Mr. Mohrer, things have gotten quite worse, and Technologies has also started a campaign using the term "design" on the Internet, which is a direct assault on my client's established brand and only adds to the confusion between my client and Technologies. There can be no doubt that the general public, customers of Technologies and even Technologies' own driving partners cannot distinguish between Uber, Inc. and Technologies, which calls itself "Uber" and is improperly encroaching on a space that my client operated in for many years previous to the establishment of Technologies.

As of today, my client receives countless telephone complaints and correspondence which is intended for Technologies as well as visits from people who walk into the office looking for representatives of Technologies to deal with their complaints and issues. All of this must stop, and my client must be appropriately compensated for the harm to it and its brand. Given the wide variety of issues involved and the inherent complications in dealing with them, I suggest we schedule a meeting to discuss possible remedies. Please contact me to discuss scheduling such a meeting.

Finally, if I do not hear from you within ten (10) days of the date of this letter to schedule a meeting, my client has instructed me to take legal action without further warning, including an application for equitable relief, to address the ongoing harm to my client's business.

Nothing contained herein shall be deemed to waive and or prejudice any of the rights and or claims of Uber, Inc. in the circumstances.

Very truly yours,

George Tzimopoulos