

# LEICHTMAN LAW PLLC

228 East 45th Street, Suite 605  
New York, NY 10017  
Tel: 212-419-5210

**David Leichtman**  
dleichtman@leichtmanlaw.com

June 11, 2020

**Via ECF**

The Honorable P. Kevin Castel  
United States District Judge  
United States District Court, Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: *Uber, Inc. v. Uber Technologies, Inc. and Adomni, Inc. (dba Uber OOH)*,  
 1:20-cv-02320-PKC

Dear Judge Castel:

We represent Plaintiff Uber, Inc. in connection with the above captioned matter.

On June 9, 2020, we filed Plaintiff's First Amended Complaint ("FAC") pursuant to Your Honor's minute order dated May 29, 2020.

On June 10, 2020, the S.D.N.Y. clerk filed a deficiency notice on the docket requesting that we change the title of the document and seek a signed order granting leave beyond Your Honor's May 29th minute order. After contacting the clerk, the clerk has advised that the deficiency that the clerk's office intended to communicate was that the FAC should be captioned as the "First Amended Complaint." The deficiency notice further instructed that Plaintiff should request leave of Court in order to re-file the FAC with the amended case caption.

We respectfully submit this letter to request a signed order from the Court granting leave to re-file the FAC, with the necessary correction.

Respectfully submitted,

David Leichtman

Cc: Counsel for all parties (via e-mail and ECF)

In fairness to the Clerk of Court, the June 9 attempt to file a document labeled as a "Complaint" (rather than Amended Complaint or First Amended Complaint) was properly rejected by the Clerk's Office; the "Complaint" did not match the docket description of a "First Amended Complaint." Leave to file a First Amended Complaint is GRANTED provided it is filed within 7 days.

SO ORDERED.  
June 11, 2020.

P. Kevin Castel  
United States District Judge

www.leichtmanlaw.com