UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UBER, INC.,

                        Plaintiff                           20-cv-2320(PKC)

            -against-                                    SCHEDULING ORDER


UBER TECHNOLOGIES, INC.,
et ano.,

                        Defendants.

------------------------------------------------------------x

CASTEL, District Judge:

            WHEREAS, defendants have expressed an intent to move to dismiss the First

Amended Complaint pursuant to Rule 12(b)(1) & (6), Fed. R. Civ. P., on the basis set forth in pre-

motion letters.

            WHEREAS, plaintiff states that it does not wish to further amend its First

Amended Complaint at this time.

            NOW, therefore the following is ORDERED:

            1.      Defendants may file their motions to dismiss by August 7, 2020.  Plaintiff

shall respond to the motion by September 9, 2020.  Any reply by defendant shall be filed by

September 23, 2020.

            2.      Rule 16(b)(3)(A) provides that a Court's "scheduling order must limit the

time to . . . amend the pleadings. . . ."  Pursuant to that authority, the Court hereby limits the time

to amend the complaint as of right or, if plaintiff is no longer able to amend as of right, then to

-2-

move to amend to the later of the following: (a) the date to amend as of right under Rule 15, Fed.

R. Civ. P.; or (b) 21 days from the filing of the motion to dismiss.

        3.     Discovery is stayed pending the determination of the motions to dismiss.

Defendants shall hold and preserve all documents and information relevant to the claims pled in

the complaint.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
      July 16, 2020