UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UBER, INC.,

                Plaintiff,                                20-cv-2320 (PKC)

    -against-                                          <u>ORDER</u>

UBER TECHNOLOGIES, INC., <u>et</u> <u>al.</u>,

                Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Per the existing court-ordered schedule, fact discovery in this action, including all depositions, is to be completed by December 3, 2021.  Plaintiff shall produce all non-privileged, non-work product documents to which a written objection was not timely served in accordance with the Federal Rules of Civil Procedure by September 23, 2021; if plaintiff withholds any document on the grounds of privilege or work product, it shall serve a log in accordance with Local Civil Rule 26.2 by September 23, 2021.  Letter motion (Doc 56) is GRANTED to the extent indicated.

        SO ORDERED.

                                                               P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
          August 20, 2021