UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
UBER, INC.,

                *Plaintiff*,

- against -

UBER TECHNOLOGIES, INC., and
ADOMNI, INC.

                *Defendants*.
------------------------------------------------------- x

Index No.: 1:20-cv-02320-PKC

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED** by and among Plaintiff Uber, Inc. ("Plaintiff") and Defendants Uber Technologies, Inc. and Adomni, Inc. (collectively, "Defendants"), the parties to the above-captioned action, that all of Plaintiffs' claims pending in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

Dated: November 19, 2021

By: _/s/ David Leichtman_____
     David Leichtman

David Leichtman
Tatsuya Adachi
LEICHTMAN LAW PLLC
228 East 45th Street, Suite 605
New York, New York 10017
(212) 419-5210
dleichtman@leichtmanlaw.com
tadachi@leichtmanlaw.com

George Tzimopoulos
TZIMOPOULOS LAW, P.C.
5 Penn Plaza, 19th Floor – PMB# 19110
New York, New York 10001
(646) 733-4000
George@Tzimopouloslaw.com

Gregori D. Mavronicolas
MAVRONICOLAS LAW GROUP PLLC
228 East 45th Street, Suite 605
New York, New York 10017
(646) 484-9569
gmavronicolas@mavrolaw.com

*Counsel for Plaintiff*

Dated: November 19, 2021                By: S/Gianni P. Servodidio
                                            _____
                                            Gianni P. Servodidio

Gianni P. Servodidio
Jeremy M. Creelan
Rémi J.D. Jaffré
JENNER & BLOCK LLP
919 Third Avenue
New York, New York 10022
(212) 891-1620
gservodidio@jenner.com

*Counsel for Uber Technologies, Inc.*

Dated: November 19, 2021                By: S/Richard S. Mandel
                                            _____
                                            Richard S. Mandel

Richard S. Mandel
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, New York 10036
(212) 790-9200
rsm@cll.com

*Counsel for Adomni, Inc.*